# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARTH ISLAND INSTITUTE,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **KEVIN ELLIOTT,** *et al.*, <br><br> **Defendants.** | **OLD CASE NO 1:17-cv-01320-AWI-MJS** <br><br> **NEW CASE NO 1:17-cv-01320-LJO-MJS** <br><br> **ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Sequoia ForestKeeper v. Benson, et al.*, Case No. 1:14-cv-00341-LJO-SKO. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge, and no consolidation of cases is effected.

1

| | |
|---|---|
| 1 | On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill with new **CASE NO. 1:17-CV-01320-LJO-MJS**. All documents shall bear the new **CASE NO. 1:17-CV-01320-LJO-MJS** and the reassignment to U.S. District Judge O'Neill. U.S. Magistrate Judge Michael J. Seng will remain assigned to this action. |

IT IS SO ORDERED.

Dated: **October 4, 2017**  　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE