# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE and SEQUOIA FORESTKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN ELLIOTT, in his official capacity as Forest Supervisor of the Sequoia National Forest, et al.,<br><br>Defendants. | 1:17-cv-01320-LJO-MJS<br><br>**MEMORANDUM DECISION AND ORDER GRANTING MOTION TO INTERVENE (ECF No. 16)** |

    The Court has received and reviewed the motion to intervene filed by Sierra Forest Products ("SFP"). ECF No. 16. Plaintiffs and Federal Defendants take no position on the motion and have agreed to submit the matter for decision based upon only the motion and its supporting documents. Accordingly, the Court concludes the matter is suitable for decision on the papers pursuant to Local Rule 230(g) and VACATES the hearing on the motion, currently set for November 21, 2017.

    For good cause shown, SFP's motion to intervene as of right as a defendant in this action under Fed. R. Civ. P. 24(a) is GRANTED. SFP's motion is timely; among other things, the fact that SFP holds the contract to implement the Bull Run Project represents a significant protectable interest in the subject matter of the litigation; disposition of the case would impact SFP's protectable interests; and, while the interests of SFP and Federal Defendants overlap, they are not identical, as Federal Defendants must represent broad public interests beyond the predominantly economic interests of SFP. SFP's

participation in the case is conditioned on it making every effort to avoid duplicative briefing. Duplicative briefing will be disregarded and/or stricken.

Defendant-Intervenor shall file its lodged Answer within three (3) business days of entry of this order.

IT IS SO ORDERED.

Dated: **October 30, 2017**       **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE