# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EARTH ISLAND INSTITUTE, ET AL.,**

CASE NO: **1:17–CV–01320–LJO–SAB**

v.

**KEVIN ELLIOTT, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/10/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 10, 2018**

by: /s/ J. Hellings
Deputy Clerk