RENÉ P. VOSS (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA 94960
Phone: (415) 446-9027
Email: renepvoss@gmail.com
LEAD COUNSEL

MATT KENNA (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net
*Pro Hac Vice*

*Attorneys for Plaintiffs*

**Counsel for Federal Defendants
Listed on Signature Page**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, | Case No. 1:17-cv-01320-LJO-SAB |
| Plaintiffs, | **STIPULATION AND ORDER FOR STAYING TAXATION OF COSTS PENDING APPEAL** |
| v. | |
| KEVIN ELLIOTT, in his official capacity as the Forest Supervisor of the Sequoia National Forest, *et al.*, | |
| Federal Defendants, | |
| and | |
| SIERRA FOREST PRODUCTS, a California Corporation, | |
| Defendant-Intervenor. | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiffs and Federal Defendants and subject to Court approval, that:

(1) Plaintiffs waive any objections to Federal Defendants' Bill of Costs (ECF No. 61).

(2) The final taxation of Federal Defendants' Bill of Costs against Plaintiffs shall be stayed pending Plaintiffs' appeal of the Court's summary judgment order and judgment (ECF Nos. 57, 58).

The reasons for this stipulation are as follows:

On July 19, 2018, Plaintiffs filed a Notice of Appeal of this Court's summary judgment order and judgment. ECF No. 59. If Plaintiffs prevail in their appeal, they will not be liable for Federal Defendants' Bill of Costs, and thus taxing the Bill of Costs against Plaintiffs at this time is premature. Waiting to tax costs until after the appeal is resolved promotes efficiency and may avoid the unnecessary expenditure of time and resources. If Plaintiffs do not prevail in their appeal, or if the appeal is otherwise dismissed, Plaintiffs will be liable for Federal Defendants' Bill of Costs.

Dated: July 26, 2018 /s/ René P. Voss (authorized 7/25/2018)
RENÉ P. VOSS
MATT KENNA, *Pro Hac Vice*

Attorneys for Plaintiffs

McGREGOR W. SCOTT
United States Attorney

By: /s/ Joseph B. Frueh
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IT IS SO ORDERED.

Dated: **July 26, 2018** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE