McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:   joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, *et al.*, | Case No. 1:17-cv-01320-LJO-SAB |
| Plaintiffs, | **FEDERAL DEFENDANTS' NOTICE AND ACKNOWLEDGMENT OF PLAINTIFFS' PAYMENT OF COSTS** |
| v. | |
| KEVIN ELLIOTT, in his official capacity as the Forest Supervisor of the Sequoia National Forest, *et al.*, | |
| Federal Defendants, | |
| and | |
| SIERRA FOREST PRODUCTS, a California Corporation, | |
| Defendant-Intervenor. | |

**NOTICE AND ACKNOWLEDGMENT OF PLAINTIFFS' PAYMENT OF COSTS**

Federal Defendants hereby acknowledge Plaintiffs' payment of $1,286.10 to Federal Defendants pursuant to the Court's Order (ECF No. 64) dated July 26, 2018.

Dated:  January 14, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Federal Defendants